IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYSON BURNSIDE, )<br>on behalf of himself and a class, )<br> )<br>Plaintiff, )<br> ) Case No. 16-cv-2511<br>vs. )<br> ) Judge Gettleman<br>INTERNATIONAL CRUISE & ) Magistrate Judge Schenkier<br>EXCURSION GALLERY, INC., )<br>doing business as SEARS VACATIONS )<br>and INTERNATIONAL CRUISE )<br>& EXCURSIONS, INC.; )<br>SEARS HOLDINGS CORPORATION; )<br>and DOES 1-10; )<br> )<br>Defendants. ) | |

## AMENDED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bryson Burnside hereby dismisses his individual claims against Defendants International Cruise & Excursion Gallery, Inc., doing business as Sears Vacations, International Cruise & Excursions, Inc., Sears Holdings Corporation, and John Does 1-10 with prejudice and class claims without prejudice and with each party bearing its own costs. This voluntary dismissal disposes of all claims against all parties.

Respectfully submitted,

s/Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

Francis R. Greene
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Michelle A. Alyea, hereby certify that on June 17, 2016, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which caused notification to be sent to all counsel of record.

                                                s/Michelle A. Alyea
                                                Michelle A. Alyea