**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Bryson Burnside

              Plaintiff,

v.                Case No.: 1:16–cv–02511
                Honorable Robert W. Gettleman

International Cruise & Excursion Gallery, Inc.,
et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 30, 2016:

  MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's individual claims are dismissed with prejudice and class claims without prejudice and with each party bearing its own costs. This voluntary dismissal disposes of all claims against all parties. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.